UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DIAMONDBACK INDUSTRIES, INC., *et al.*,[1] | § | CASE NO.: 20-41504-ELM-11 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

ORDER GRANTING MOTION APPROVING USE OF PAYCHECK-PROTECTION-PROGRAM FUNDS IN THE ORDINARY COURSE OF BUSINESS OR, IN THE ALTERNATIVE, AUTHORIZING DIAMONDBACK INDUSTRIES, INC. TO INCUR POSTPETITION FINANCING PURSUANT TO 11 U.S.C. § 364(a) OR (b)

This Court considered the *Motion Approving Use of Paycheck Protection Program Funds in the Ordinary Course of Business or, in the Alternative, Authorizing Diamondback Industries, Inc. to Incur Postpetition*

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, include: Diamondback Industries, Inc. (4403) ("**Diamondback**"); Discerner Holdings, Inc. (5110) ("**Discerner Holdings**"); and Discerner Investments, LLC (3076) ("**Discerner Investments**"). The debtors' service address is 3824 Williamson Road, Crowley, Texas 76036.

**ORDER** – **PAGE** 1
4839-6232-6210.1

*Financing Pursuant to 11 U.S.C. § 364(a) or (b)* (the "**Motion**") of Diamondback Industries, Inc. The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Therefore, it is ORDERED that:

1. The Motion is GRANTED as provided herein.

### ### END OF ORDER ###

Respectfully Submitted:

By: *Marcus A. Helt*
   Marcus A. Helt (TX 24052187)
   Paul V. Storm (TX 19325350)
   C. Ashley Ellis (TX 00794824)
   Emily F. Shanks (TX 24110350)
   mhelt@foley.com
   pvstorm@foley.com
   aellis@foley.com
   eshanks@foley.com

**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL FOR THE DEBTORS,
DIAMONDBACK INDUSTRIES, INC.,** *et al.*