Marcus A. Helt (TX 24052187)
Paul V. Storm (TX 19325350)
J. Michael Thomas (TX24066812)
C. Ashley Ellis (TX 00794824)
Emily F. Shanks (TX 24110350)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL FOR THE DEBTORS,
DIAMONDBACK INDUSTRIES, INC.,** *et al.*

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| DIAMONDBACK INDUSTRIES, INC., *et al.*,[1] | § § | CASE NO.: 20-41504-ELM-11 |
| DEBTORS. | § § | JOINTLY ADMINISTERED |

**NOTICE OF SUBPOENA FOR DEPOSITION OF REPRESENTATIVE ROGER WILLIAMS**

To:    ALL PARTIES AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Rule 54 of the Federal Rules of Civil Procedure, Rules 9002(1) and 9016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2004-1(b), counsel of record for Debtors Diamondback Industries, LLC, Discerner Holdings, Inc., and Discerner Investments, LLC (together, the "*Debtors*"), will serve a subpoena to take the deposition by oral examination of Representative Roger Williams. The deposition shall be taken before a duly authorized

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, include: Diamondback Industries, Inc. (4403) ("**Diamondback**"); Discerner Holdings, Inc. (5110) ("**Discerner Holdings**"); and Discerner Investments, LLC (3076) ("**Discerner Investments**"). The location of the debtors' service address is 3824 Williamson Road, Crowley, Texas 76036.

notary public or other officer authorized to administer oaths, and will be recorded by stenographic and audiovisual means. The deposition will commence on Friday, July 24, 2020 at 9:30 a.m., at Foley & Lardner LLP, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201, or at any other mutually agreeable date, time, and place, and will continue day to day thereafter until completed.

Dated: July 16, 2020

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ J. Michael Thomas*
Marcus A. Helt (TX 24052187)
Paul V. Storm (TX 19325350)
J. Michael Thomas (TX24066812)
C. Ashley Ellis (TX 00794824)
Emily F. Shanks (TX 24110350)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL FOR THE DEBTORS, DIAMONDBACK INDUSTRIES, INC.,** *et al.*

## CERTIFICATE OF SERVICE

I certify that, on July 16, 2020, a true and correct copy of the foregoing motion was served via ECF to all parties authorized to receive electronic notice in this case.

*/s/ J. Michael Thomas*
J. Michael Thomas