**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Diamondback Industries, Inc., *et al.*,[1] | § | Case No. 20-41504 (ELM) |
| | § | |
| Debtors. | § | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Nathaniel R. Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 20, 2020 at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Debtor's Monthly Operating Report for July 2020** (Docket No. 430)

- **Amended Witness and Exhibit List for the August 25, 2020 Hearing** (Docket No. 431)

Dated: August 26, 2020

*/s/ Nathaniel R. Repko*
Nathaniel R. Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.397.9084
TeamDiamondback@Stretto.com

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: Diamondback Industries, Inc. (4403) ("<u>Diamondback</u>"); Discerner Holdings, Inc. (5110) ("<u>Discerner Holdings</u>"); and Discerner Investments, LLC (3076) ("<u>Discerner Investments</u>"). The location of the debtors' service address is 3824 Williamson Road, Crowley, Texas 76036.

# <u>Exhibit A</u>

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Advanced Spotwelding Co. | | 205 West Panther Way | | | Hewitt | TX | 76643 |
| AFT Industries | | 204 South 6th Avenue | | | Mansfield | TX | 76063 |
| Airgas USA LLC - Central Division | | P.O. Box 734671 | | | Dallas | TX | 75373-4671 |
| All Star Corrugated | | 1425 Forum Way South | | | Fort Worth | TX | 76140 |
| American Completion Tools Inc | | 3084 South Burleson Blvd | | | Burleson | TX | 76028 |
| Apache Corporation | c/o Adams and Reese LLP | Attn: Robin B. Cheatham | 701 Poydras Street | Suite 4500 | New Orleans | LA | 70139 |
| Aramark Uniform Services | | P.O. Box 731676 | | | Dallas | TX | 75373-1676 |
| AT&T | | P.O. Box 5019 | | | Carol Stream | IL | 60197-5019 |
| Bureau of Alcohol, Tobacco, Firearms & Explosives | General Counsel | 1114 Commerce Street, Room 303 | | | Dallas | TX | 75242 |
| Bureau of Alcohol, Tobacco, Firearms & Explosives | General Counsel | 99 New York Avenue, NE | | | Washington | DC | 20226 |
| Crowley ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 |
| Department of Homeland Security | Office of the General Counsel Attn Legal Dept | 2707 Martin Luther King Jr. Ave SE | MS 0485 | | Washington | DC | 20528-8100 |
| Derrek Drury | c/o Griffith, Jay & Michel, LLP | Attn: Mark J. Petrocchi | 2200 Forest Park Blvd. | | Fort Worth | TX | 76110 |
| Dura-Bar Metal Services | | 35168 Eagle Way | | | Chicago | IL | 60678-1351 |
| ECI Jobboss, LLC | | 33044 Collection Center Drive | | | Chicago | IL | 60693-0330 |
| Engie Resources | | 1990 Post Oak Blvd | | | Houston | TX | 77056 |
| Epicor Software Corporation | | 804 Las Cimas Pkwy | Suite 200 | | Austin | TX | 78746 |
| Fedex | Dept Ch | PO BOX 10306 | | | Palatine | IL | 60055-0306 |
| Fortis Solutions Group | | PO BOX 369 | | | Catoosa | OK | 74015 |
| Hudson Energy Services, LLC | | P.O. Box 731137 | | | Dallas | TX | 75373-1137 |
| Hummel Croton | | 10 Harmich Road | | | South Plainfield | NJ | 07080-4899 |
| Ideal Fire & Security | | 6913 Camp Bowie Blvd #181 | | | Fort Worth | TX | 76116 |
| Intech Funding | | P.O. BOX 7167 | | | PASEDENA | CA | 91109-7167 |
| Internal Revenue Service | Special Procedures-Insolvency | PO Box 7346 | Attn Legal Dept. | | Philadelphia | PA | 19101-7346 |
| IPFS Corporation | | 1055 Broadway Blvd | | | Kansas City | MO | 64105 |
| Jamak Fabrication, Inc | | 1401 N. Bowie Rd | | | Weatherford | TX | 76086 |
| King of Freight | | PO Box 49170 | | | Wichita | KS | 67201 |
| Landsberg Engineered Packaging Solutions | | PO Box 731575 | | | Dallas | TX | 75373-1575 |
| Latrobe Pallet Company | | 1284 Route 981 | | | Latrobe | PA | 15650 |
| Midland Central Appraisal District | c/o McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680 |
| Midland County | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | P.O. Box 817 | | Lubbock | TX | 79408 |
| MLC CAD Systems | | 4625 W William Cannon Dr Bldg 5 | | | Austin | TX | 78749-2318 |
| Office of the Attorney General | Attn Legal Dept. | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| Office of the U.S. Attorney | Attn Legal Dept. | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75242 |
| Office of the United States Trustee | Attn Erin Schmidt | 1100 Commerce Street, Room 976 | | | Dallas | TX | 75202 |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | c/o Collections Support Unit | Attn: Deb Secrest | 651 Boas Street, Room 925 | | Harrisburg | PA | 17121 |
| Pennsylvania Department of State | Legal Office | 2601 N. 3rd Street Penn Center | | | Harrisburg | PA | 17110 |
| Repeat Precision, LLC | c/o Locke Lord LLP | Attn W. Scott Hasting & Bradley C. Knapp | 2200 Ross Ave Suite 2800 | | Dallas | TX | 75201 |
| Repeat Precision, LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Davor Rukavina and Thomas D. Berghman | 500 N. Akard Street, Suite 3800 | | Dallas | TX | 75201-6659 |
| RMP Industrial Supply | Attn: Jeremy Raines | 3209 Stuart Drive | | | Fort Worth | TX | 76110 |
| Rusco Packaging, Inc | Attn: Brenda Byrnes | Box 226685 | | | Dallas | TX | 75222-6685 |
| Special Metals Incorporated | | P.O. Box 675014 | | | Dallas | TX | 75267-5014 |
| State Comptroller of Public Accounts | Revenue Accounting Division | Bankruptcy Section | P.O. Box 13528 | | Austin | TX | 78711 |
| T & S Products, Inc. | | 525 Duncan Perry Rd | | | Arlington | TX | 76011 |
| Tarrant County | c/o Linebarger Goggan Blair and Sampson, LLP | Attn: Laurie A. Spindler | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| Texas Attorney General's Office | Bankruptcy-Collections Division | P.O. Box 12548 | | | Austin | TX | 78711-2548 |
| Texas Comptroller of Public Accounts | Attorney General's Office, Bankruptcy & Collections Division | Attn: Christopher S. Murphy and Sherri K. Simpson | PO Box 12548, MC-008 | | Austin | TX | 78711 |
| Texas Workforce Commission | Tec Building - Bankruptcy | 101 East 15th Street | | | Austin | TX | 78778 |
| TOYOTA FINANCIAL SERVICES | HAROLD | PO BOX 660926 | | | DALLAS | TX | 75266-0926 |
| U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance | c/o PADFIELD & STOUT LLP | Attn: Joseph D Austin | 420 Throckmorton Street | Suite 1210 | Fort Worth | TX | 76102 |
| U.S. Department of Transportation | Office of The General Counsel | 1200 New Jersey Avenue, SE | | | Washington | DC | 20590 |
| ULINE | | P.O. Box 88741 | | | Chicago | IL | 60680 |
| UMB Bank, N.A. | c/o Bryan Cave Leighton Paisner LLP | Attn: Kyle S. Hirsch | Two North Central Avenue, Suite 2100 | | Phoenix | AZ | 85004-4406 |
| UMB Bank, N.A. | c/o Bryan Cave Leighton Paisner LLP | Attn: Tricia W. Macaluso | 2200 Ross Ave. | Suite 3300 | Dallas | TX | 75201 |
| UMB Bank, N.A. | c/o Jackson Walker LLP | Attn Justin Shipley | 2323 Ross Avenue Suite 600 | | Dallas | TX | 75201 |
| Vernon Sales Promotion | Dept C | 1 Promotion Pl | P.O. BOX 600 | | Newton | IA | 50208-2065 |
| Waste Management | Fort Worth Hauling | PO Box 660345 | | | Dallas | TX | 75266-0345 |
| Wells Fargo Equipment Finance, Inc. | c/o Palmer Lehman Sandberg, PLLC | Attn: Larry Chek | 8350 N. Central Expressway | Suite 1111 | Dallas | TX | 75206 |
| William Grant Martin | c/o Martin Powers & Counsel, PLLC | Attn: Meagan Martin Powers | 600 E. John Carpenter Fwy | Suite 234 | Irving | TX | 75062 |

# **Exhibit B**



**Exhibit B**

Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Advanced Spotwelding Co. | | | advancedspotwelding@gmail.com |
| AFT Industries | | | ehernandez@aft-corp.com |
| Airgas USA LLC - Central Division | | | michael.valdes@airgas.com |
| All Star Corrugated | | | michellea@allstarbox.com |
| American Completion Tools Inc | | | kayla@americancompletiontools.com |
| Apache Corporation | c/o Adams and Reese LLP | | robin.cheatham@arlaw.com |
| Aramark Uniform Services | | | AUSaccountsrec@aramark.com |
| AT&T | | | Premier@premier.wireless.att-mail.com |
| Crowley ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | ecobb@pbfcm.com |
| Derrek Drury | c/o Griffith, Jay & Michel, LLP | Attn: Mark J. Petrocchi | mpetrocchi@lawgjm.com |
| Dura-Bar Metal Services | | | hr@dura-bar.com |
| ECI Jobboss, LLC | | | system@sent-via.netsuite.com |
| Engie Resources | | | custserv@na.engie.com |
| Epicor Software Corporation | | | nparkinson@epicor.com |
| | | | ezito@epicor.com |
| Fedex | Dept Ch | | joshua.neel@fedex.com |
| Fortis Solutions Group | | | clewis@fortissolutionsgroup.com |
| Haynes and Boone | David Staab, Jordan Chavez, David Trausch, and Kim Morzak | | David.Staab@haynesboone.com |
| | | | Jordan.Chavez@haynesboone.com |
| | | | Alex.Kirincic@haynesboone.com |
| | | | David.Trausch@haynesboone.com |
| | | | Kim.Morzak@haynesboone.com |
| Hudson Energy Services, LLC | | | Ryan.Langan@traditionenergy.com |
| Hummel Croton | | | MRichard@HummelCroton.com |
| Ideal Fire & Security | | | junderwood@idealpartners.com |
| Jamak Fabrication, Inc | | | info@jamak.com |
| Landsberg Engineered Packaging Solutions | | | Chris.Reneau@Landsberg.com |
| Midland Central Appraisal District | c/o McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | tleday@mvbalaw.com |
| Midland County | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| | | | lmonroe@pbfcm.com |
| MLC CAD Systems | | | angel.pene@mlc-cad.com |
| Office of the United States Trustee | Attn Erin Schmidt | | Erin.Schmidt2@usdoj.gov |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | c/o Collections Support Unit | Attn: Deb Secrest | ra-li-ucts-bankrupt@state.pa.us |
| Pennsylvania Department of State | | | RA-BPOA@pa.gov |
| Repeat Precision, LLC | c/o Locke Lord LLP | Attn W. Scott Hasting & Bradley C. Knapp | shastings@lockelord.com |
| | | | bknapp@lockelord.com |
| Repeat Precision, LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Davor Rukavina and Thomas D. Berghman | drukavina@munsch.com |
| | | | tberghman@munsch.com |
| RMP Industrial Supply | Attn: Jeremy Raines | | jraines@rmpis.com |

Diamondback Industries, Inc., *et al.*
Case No. 20-41504 (ELM)

 STRETTO

**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Rusco Packaging, Inc | Attn: Brenda Byrnes | | bbyrnes@ruscopackaging.com |
| Special Metals Incorporated | | | CNuckels@specialmetalsinc.com |
| State Comptroller of Public Accounts | Revenue Accounting Division | Bankruptcy Section | treasury@cpa.texas.gov bankrtupcysection@cpa.texas.gov |
| T & S Products, Inc. | | | larry@tandsproducts.com |
| Tarrant County | c/o Linebarger Goggan Blair and Sampson, LLP | Attn: Laurie A. Spindler | dallas.bankruptcy@publicans.com |
| Texas Attorney General's Office | Bankruptcy-Collections Division | | disaster-counsel@oag.texas.gov |
| Texas Comptroller of Public Accounts | Attorney General's Office, Bankruptcy & Collections Division | Attn: Christopher S. Murphy and Sherri K. Simpson | christopher.murphy@oag.texas.gov sherri.simpson@oag.texas.gov bankruptcy@oag.texas.gov |
| Texas Workforce Commission | | | ombudsman@twc.state.tx.us |
| U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance | c/o PADFIELD & STOUT LLP | Attn: Joseph D Austin | jaustin@padfieldstout.com mstout@padfieldstout.com |
| U.S. Department of Transportation | Office of The General Counsel | | leonardo.Sanroman@dot.gov |
| ULINE | | | accounts.receivable@uline.com |
| UMB Bank, N.A. | c/o Jackson Walker LLP | Attn Justin Shipley | jshipley@jw.com |
| UMB Bank, N.A. | c/o Bryan Cave Leighton Paisner LLP | Attn: Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| UMB Bank, N.A. | c/o Bryan Cave Leighton Paisner LLP | Attn: Tricia W. Macaluso | tricia.macaluso@bclplaw.com |
| Vernon Sales Promotion | Dept C | | jodi@jandspromotionsplus.com |
| Waste Management | Fort Worth Hauling | | jhowell2@wm.com |
| Wells Fargo Equipment Finance, Inc. | c/o Palmer Lehman Sandberg, PLLC | Attn: Larry Chek | lchek@pamlaw.com |
| William Grant Martin | c/o Martin Powers & Counsel, PLLC | Attn: Meagan Martin Powers | meagan@martinpowers.com |

Diamondback Industries, Inc., *et al.*
Case No. 20-41504 (ELM)