| | |
|---|---|
| CASE NAME: | Diamondback Industries, Inc. |
| CASE NUMBER: | 20-41504 |

UNITED STATES BANKRUPTCY COURT
NORTHERN AND EASTERN DISTRICTS
DALLAS AND TYLER DIVISIONS
FOR POST CONFIRMATION USE
QUARTERLY OPERATING REPORT
AND
QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

**RESPONSIBLE PARTY:**

| | |
|---|---|
| Original Signature of Responsible Party | *[signed]* |
| Printed Name of Responsible Party | Cade J. Kennedy |
| Title | CFO |
| Date | 3-Oct-22 |

**PREPARER:**

| | |
|---|---|
| Original Signature of Preparer | *[signed]* |
| Printed Name of Preparer | Cade J. Kennedy |
| Title | CFO |
| Date | 3-Oct-22 |

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Diamondback Industries, Inc.
CASE NUMBER: 20-41504
QUARTER ENDING: September 30, 2022

| | | |
|---|---|---:|
| 1 | **BEGINNING OF QUARTER CASH BALANCE:** | $ 24,790 |
| | CASH RECEIPTS: | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | |
| | (a). Cash receipts from business operations | $ - |
| | (b). Cash receipts from loan proceeds | $ - |
| | (c). Cash receipts from contributed capital | $ - |
| | (d). Cash receipts from tax refunds | $ - |
| | (e). Cash receipts from other sources | $ - |
| 2 | **TOTAL CASH RECEIPTS** | $ - |
| | CASH DISBURSEMENTS | |
| | (A.) PAYMENTS MADE UNDER THE PLAN: | |
| | (1). Administrative | $ - |
| | (2). Secured Claims | $ - |
| | (3). Priority Claims | $ - |
| | (4). Unsecured Claims | $ - |
| | (5). Additional Plan Payments | $ - |
| | (B.) OTHER PAYMENTS MADE THIS QUARTER: | |
| | (1). General Business | $ - |
| | (2). Other Disbursements | $ - |
| 3 | **TOTAL DISBURSEMENTS THIS QUARTER** | $ - |
| | Cash sweep to prepare for bank account closure | $ (24,790) |
| 4 | **CASH BALANCE END OF QUARTER** | $ - |

Notes:

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Diamondback Industries, Inc.
CASE NUMBER: 20-41504

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: September 30, 2022

| BANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | Account #4 | |
|---|---|---|---|---|---|
| A. BANK: | UMB Bank, n.a. | Wells Fargo Bank | UMB Bank, n.a. | UMB Bank, n.a. | |
| B. ACCOUNT NUMBER: | 7646 | 8422 | 0672 | 0680 | TOTAL |
| C. PURPOSE (TYPE): | Checking Account | Operating Account | Escrow Account | Escrow Account | |
| 1. BALANCE PER BANK STATEMENT | $0 | $0 | $0 | $0 | $0 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $0 | $0 | $0 | $0 | $0 |
| 3. SUBTRACT: OUTSTANDING CHECKS | $0 | $0 | $0 | $0 | $0 |
| 4. OTHER RECONCILING ITEMS [1] | $0 | $0 | $0 | $0 | $0 |
| 5. MONTH END BALANCE PER BOOKS | $0 | $0 | $0 | $0 | $0 |
| 6. NUMBER OF LAST CHECK WRITTEN | | N/A | N/A | N/A | N/A |
| 7. CASH: CURRENCY ON HAND | | | | | |
| 8. TOTAL CASH - END OF MONTH | $0 | $0 | $0 | $0 | $0 |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 9. N/A | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. TOTAL INVESTMENTS | | | $0 | $0 |

| 14. TOTAL CASH | LINE 8 + LINE 13 = LINE 14 | $0 |
|---|---|---|

Notes:
[1] Adjust balance to remove non bankruptcy, post confirmation cash disbursements and receipts.