

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 24, 2023**

_____
**United States Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DIAMONDBACK INDUSTRIES, INC., *et al.*,[1] | § | CASE NO.: 20-41504-ELM-11 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER (I) ENTERING A FINAL DECREE PURSUANT TO 11 U.S.C. §§ 105 AND 350, FED. R. BANKR. P. 3022, LOCAL RULE 3022-1, AND THE JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR DIAMONDBACK INDUSTRIES, INC.

Came on for consideration the *Motion for Entry of an Order (I) Entering A Final Decree Pursuant To 11 U.S.C. §§ 105 and 350, Fed. R. Bankr. P. 3022, Local Rule 3022-1, and the Joint Chapter 11 Plan Of Reorganization For Diamondback Industries, Inc.* (the "**Motion**")[2] filed by Debtors Diamondback, Discerner Holdings, and Discerner Investments (collectively, the "**Debtors**"), the Court finds that:

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, include: Diamondback Industries, Inc. (4403) ("**Diamondback**"); Discerner Holdings, Inc. (5110) ("**Discerner Holdings**"); and Discerner Investments, LLC (3076) ("**Discerner Investments**"). The debtors' service address is 3824 Williamson Road, Crowley, Texas 76036.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

(a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the Debtors have shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; (d) the relief requested in the Motion is in the best interests of the Debtors, their estates and the creditors thereof; (e) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (f) upon the record herein after due deliberation thereon good and sufficient cause exists for granting the relief requested. Accordingly, it is **ORDERED** that:

1. The Motion is **GRANTED** to the extent provided herein;

2. The Court hereby enters a final decree closing the above-captioned, jointly administered bankruptcy cases pursuant to § 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022 and Local Rule 3022-1;

3. The Debtors and all respective officers, directors, partners, employees, and agents are hereby discharged from any duties or obligations related to these cases;

4. Debtors' right to seek an order from this Court to reopen the Debtors' cases if circumstances so warrant is hereby reserved.

### ###END OF ORDER###

Submitted by:

*/s/ Mark C. Moore*
Paul V. Storm (TX 19325350)
Mark C. Moore (TX 24074751)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**COUNSEL FOR THE DEBTORS, DIAMONDBACK INDUSTRIES, INC., et al.**

4850-5037-8208.1